UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE JOEL A. PISANO
COURT REPORTER: JOANNE CARUSO
                                   DATE OF PROCEEDINGS: 09/14/2012

TITLE OF CASE:
UNITED STATES OF AMERICA
          vs.
                                   CRIMINAL DOCKET #: 10-713(JAP)-01
MICHAEL J. RITACCO, DEFENDANT PRESENT.

APPEARANCES:
Dustin Chao, Assistant United States Attorney
Harvey Bartle, IV, Assistant Untied States Attorney
Lee Cortes, Assistant United States Attorney
Jerome Ballarotto, Esquire for Defendant
William Hughes, Jr., Esquire for Defendant
Maryellyn Mueller, Supervising U.S. Probation Officer

NATURE OF PROCEEDINGS:
DEFENDANT SENTENCED TO COUNTS 1 & 19 OF THE SUPERSEDING INDICTMENT.
SENTENCE: 135 months on Count 1 & 60 months on Count 19, to be served concurrently, for a term of imprisonment of 135 months, along with certain recommendations to the Bureau of Prisons.
Ordered defendant to voluntarily surrender to the U.S. Marshal's Service on 09-14-2012 by 1:00 p.m.
SUPERVISED RELEASE: 3 years on each count to run concurrently, along with standard conditions.
PROBATION: N/A
FINE: The Court imposes a total fine of $100,000.00 consisting of $50,000.00 on Count 1 & $50,000.00 on Count 19.
The Court reserves right to vacate the fine following the imposition of restitution pursuant to 18:1373; and upon a motion of the government.
RESTITUTION: To be determined at a hearing on 12/18/2012 at 10:00 a.m.
SPECIAL ASSESSMENT: $100 per count; total: $200 (due immediately)
Defendant advised of his right to appeal.
Hearing on Government's application to dismiss pending counts.
Ordered application Granted.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 1:00 p.m.
TOTAL TIME: 3 hours

                                         s/Dana Sledge
                                         Courtroom Deputy